# Commonwealth, Appellant, *v.* Carbon Steel Company.

Argued June 3, 1902. Appeal, No. 19, May T., 1902, by plaintiff, from judgment of C. P. Dauphin Co., Commonwealth Docket, 1901, No. 227, for defendant, on appeal from tax settlement in case of Commonwealth v. Carbon Steel Company of West Virginia. Before MITCHELL, DEAN, FELL, BROWN and POTTER, JJ. Affirmed.

*Frederic W. Fleitz*, deputy attorney general, and *John P. Elkin*, attorney general, for appellant.

*James W. M. Newlin*, for appellee.

PER CURIAM, June 3, 1902 :
Judgment affirmed on opinion of court below in Com. v. American Car and Foundry Company, ante, p. 302.

---

# Commonwealth, Appellant, *v.* Ashley.

Argued June 3, 1902. Appeal, No. 20, May T., 1902, by plaintiff, from judgment of C. P. Dauphin Co., Commonwealth Docket, 1901, No. 228, for defendant, on appeal from tax settlement in case of Commonwealth v. Ashley & Bailey Company. Before MITCHELL, DEAN, FELL, BROWN and POTTER, JJ. Affirmed.

*Frederic W. Fleitz*, deputy attorney general, and *John P. Elkin*, attorney general, for appellant.

*M. E. Olmsted*, with him *A. C. Stamm*, for appellee.

PER CURIAM, June 3, 1902 :
Judgment affirmed on opinion of the court below in Com. v. American Car and Foundry Company, ante, p. 302.